United States District Court
Southern District of Texas
**ENTERED**
September 04, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IYAD MUHAMMAD ABUELHAWA, | § § § | CIVIL ACTION NO 4:25-cv-04128 |
| Petitioner, | § § § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § § § § | |
| KRISTI NOEM, *et al*, | § | |
| Respondents. | | |

## ORDER

Petitioner Iyad Muhammad Abuelhawa filed a petition for writ of *habeas corpus* and declaratory and injunctive relief on September 1, 2025. Dkt 1. He then filed a motion on September 3, 2025, seeking a temporary restraining order and an order that the Government show cause under 28 USC §2243. Dkt 4.

It is unclear whether the motion seeks immediate release from detention prior to hearing. To the extent that it does, the motion is DENIED, as the motion fails to meet the requisite burden at present.

Petitioner asserts that he is under "unlawful detention." Dkt 4 at 4. Nothing on the face of the motion, his petition, or the attached exhibits clearly establishes that this is so. And it is noted here that the submitted exhibits don't appear to correspond to their cited use. See Dkts 3-1, 3-2 & 3-3; compare Dkt 4 at 2–3 (disclosing valid order of removal by immigration judge, along with order changing manner of custody from constructive to physical, but neither of which correspond to cited attachments). Nor does Petitioner address the actual balance necessary to assess whether it is his release or continued detention that would best serve the public interest. See ibid (disclosing

prior conviction with substantial sentence for health-care fraud and misbranding of drugs).

Such finding is limited to this Order only. It is without prejudice to Petitioner being able to more fully articulate and substantiate his position on these points at hearing.

Respondents are ORDERED to show cause with a filing by September 8, 2025, that establishes the propriety of Petitioner's continued detention.

It is ORDERED that a hearing to consider this matter is now SET for September 8, 2025, at 1:30 pm.

The parties may jointly request brief resetting, if necessary and agreed.

SO ORDERED.

Signed on September 4, 2025, at Houston, Texas.

*CREskridge*
Hon. Charles Eskridge
United States District Judge