United States District Court
Southern District of Texas
**ENTERED**
October 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IYAD MUHAMMAD ABUELHAWA, | § § § § § § § § § § § | CIVIL ACTION NO 4:25-cv-04128 |
| Petitioner, | | |
| vs. | | JUDGE CHARLES ESKRIDGE |
| KRISTI NOEM, *et al*, | | |
| Respondents. | | |

ORDER

Under advisement is a motion for preliminary injunction by Petitioner Iyad Muhammad Abuelhawa, who also seeks a writ of *habeas corpus* in this action. Dkt 12; see also Dkt 1.

Petitioner argues in part that 8 CFR §241.13(i)(3) requires Respondents to have provided notice of its reasons for taking him back into detention. Dkt 16 at 9. That provision states:

> Upon revocation, the alien will be notified of the reasons for revocation of his or her release. The Service will conduct an initial informal interview promptly after his or her return to Service custody to afford the alien an opportunity to respond to the reasons for revocation stated in the notification. The alien may submit any evidence or information that he or she believes shows there is no significant likelihood he or she be removed in the reasonably foreseeable future, or that he or she has not violated the order of supervision. The revocation custody review

>    will include an evaluation of any contested facts relevant to the revocation and a determination whether the facts as determined warrant revocation and further denial of release.

8 CFR §241.13(i)(3).

For his part, Petitioner says that he hasn't received information regarding why he was taken back into custody or afforded the ability to provide rebuttal evidence. Dkt 19 at 4, 9–10. It's also unclear from the record whether he has received the referenced "initial informal interview" or the "revocation custody review."

The briefing by Respondents doesn't appear to address these requirements of §241.13(i)(3).

Respondents are ORDERED to make an evidentiary filing in this regard by 1:00 p.m. CST on Wednesday, October 8, 2025. They may also include discussion of law on this point, if desired.

SO ORDERED.

Signed on October 6, 2025, at Houston, Texas.

_____
Hon Charles Eskridge
United States District Judge