United States District Court
Southern District of Texas
**ENTERED**
October 20, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IYAD MUHAMMAD ABUELHAWA, <br> Petitioner, | § § § § § | CIVIL ACTION NO <br> 4:25-cv-04128 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| KRISTI NOEM, *et al*, <br> Respondents. | § § § § | |

## ORDER

An order granting the motion by Petitioner Iyad Muhammad Abuelhawa for preliminary injunction was entered October 16, 2025. Dkt 27.

The parties are ORDERED to provide a joint status report by October 21, 2025. Given that the order addressed only preliminary relief, such filing should include the respective views of the parties as to how this matter should proceed going forward, on what schedule, and with what discovery.

If the matter is instead appropriate to dismissal, the parties should submit a joint proposed final judgment.

SO ORDERED.

Signed on October 20, 2025, at Houston, Texas.

_____
Hon Charles Eskridge
United States District Judge