United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IYAD MUHAMMAD ABUELHAWA, | § § | CIVIL ACTION NUMBER 4:25-cv-04128 |
| Petitioner, | § § § | |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| KRISTI NOEM, *et al*, Respondents. | § § § | |

## ORDER

An order granting the motion by Petitioner Iyad Muhammad Abuelhawa for preliminary injunction was entered October 16, 2025. Dkt 27. Upon his release from custody, Petitioner filed a notice of dismissal. Dkt 29.

At a status conference held on October 24, 2025, the Court addressed whether any final order was necessary on the merits, given the preliminary nature of the prior ruling. Dkt 31. The parties advised that they'd confer regarding a final stipulation or agreement. No further action has been taken on the docket.

The challenged detention having now concluded, no live claims remain in this action.

This action is DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on February 27, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge